whether the State Industrial Board has opened the case and granted a rehearing, with leave to renew motion.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of CLINTON A. CHASE and Mrs. CLINTON A. CHASE, Appellants, for Compensation to Themselves under the Workmen's Compensation Law, for the Death of DEAN CHASE, Deceased, v. CERTAINTEED PRODUCTS CORPORATION, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Respondents.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of SEBASTIANA INSANA, for Compensation under the Workmen's Compensation Law, for the Death of GUISEPPE INSANA, v. NORDENHOLT CORPORATION, Employer, and the TRAVELERS INSURANCE COMPANY, Insurance Carrier.— Motion in so far as it asks for an order in accordance with the mandate of the United States Supreme Court granted.* Motion in so far as it asks for the granting of costs in all courts denied, without costs, on the ground that the reversal by the United States Supreme Court " with costs " meant only costs in that court. Award heretofore made by the State Industrial Commission herein unanimously affirmed, with costs in this court in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of HIMAN KRINSKY, for Compensation under the Workmen's Compensation Law, v. WARD & GOW.— Motion in so far as it asks for an order in accordance with the mandate of the United States Supreme Court granted.† Motion in so far as it asks for the granting of costs in all courts denied, without costs, on the ground that the affirmance by the United States Supreme Court "with costs" meant only costs in that court.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of MONROE MARSHALL, Respondent, etc., for Compensation under the Workmen's Compensation Law, for the Death of ALLEN H. ORDWAY, v. NORTH AMERICAN PROCESS COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted unless, within thirty days, the appellants file and serve printed papers on appeal, in which case motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of Mrs. JENNIE NEWMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. SERVICE CONSTRUCTION COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted unless, within thirty days, appellants file and serve printed papers on appeal, in which case motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of JOE ROSMUTH, Respondent, for Compensation under the Workmen's Compensation Law, v. AMERICAN RADIATOR COMPANY, Employer, and ÆTNA LIFE

---

* See *Industrial Commission v. Nordenholt Corp.* (259 U. S. 263; 66 L. ed. —— [U. S. Sup. Ct. Adv. Ops. 1921–22, p. 567]) See, also, *Insana v. Nordenholt Corp.* (193 App. Div. 1; Id. 929; on reargument revd., 195 id. 913; affd., 232 N. Y. 507).— [REP.

† See *Ward v. Krinsky* (—— U. S. ——; 66 L. ed. —— [U. S. Adv. Ops. 1921–22, p. 616], affg. *Krinsky v. Ward*, 193 App. Div. 557; affd.; 231 N. Y. 525).— [REP.

INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JAMES LAWSON, Respondent, v. WALLACE & KEENEY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of TESSIE BECKER, Respondent, for Compensation under the Workmen's Compensation Law, Due Her Husband, FRED BECKER, at the Time of His Death, v. CAREY PRINTING COMPANY, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Motions denied, with ten dollars costs in one motion.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of JOHN H. MARSH, Respondent, for Compensation under the Workmen's Compensation Law, v. GENERAL ELECTRIC COMPANY, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of GUNHILDE LANDE, Respondent, for Compensation under the Workmen's Compensation Law, v. PHŒNIX CONSTRUCTION COMPANY, Employer, and THE EMPLOYERS MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Norman* v. *Merritt & Chapman Derrick & Wrecking Co.* (200 App. Div. 360). All concur, except Cochrane, P. J., not voting.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by CHARLES W. PEAVEY, Respondent v. H. P. ROBERTSON COMPANY (JAMESTOWN MUTUAL INSURANCE COMPANY, Carrier), Employer, Appellant.— Motion denied, without costs.

FLOYD R. McDOUGALL, Appellant, v. GUY W. SHOEMAKER, Respondent.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ROBERT MITCHELL, Respondent, for Compensation under the Workmen's Compensation Law, v. ELSESSER ENGINEERING COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ARTHUR C. GRANT, Appellant, for Compensation under the Workmen's Compensation Law, v. UNITED STATES RAILROAD ADMINISTRATION; NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, Employer, Respondent.— Decision reversed, with costs against the employer, respondent, on the authority of *Industrial Commission* v. *Davis* (decided by the U. S. Supreme Court May 29, 1922, 259 U. S. 182; 42 Sup. Ct. Rep. ——);* and claim remitted to the State Industrial Board for further consideration. All concur.

---

* See *Industrial Commission* v. *Davis* (259 U. S. 182; 66 L. ed. —— [U. S. Adv. Ops. 1921–22, p. 591]; 42 Sup. Ct. Rep. ——). By Proclamations dated March 26, 1921, and effective at noon on March 28, 1921, James C. Davis was appointed by President in place of John Barton Payne, resigned. (See 42 U. S. Stat. at Large, ——.) — [REP.